## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| NATHAN SARTORIUS, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §     EP-21-CV-00288-FM |
| | § |
| WELLS FARGO BANK, N.A., | § |
| | § |
| Defendant. | § |

## FINAL JUDGMENT

Before the court is "Joint Motion to Dismiss with Prejudice" ("Stipulation") [ECF No. 10], filed March 18, 2022 by Plaintiff Nathan Sartorius and Defendant Wells Fargo Bank, N.A. (collectively, "Parties"). Therein, the Parties stipulate to dismissal of this cause with prejudice.[1] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared."[2] The Stipulation is signed by the Parties' attorneys.[3]

Accordingly, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE**.

2. It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

3. The Clerk of the Court is **INSTRUCTED TO CLOSE** the cause.

**SIGNED AND ENTERED** this 24 day of **March 2022**.

*/s/ Frank Montalvo*

**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**

---

[1] "Joint Motion to Dismiss with Prejudice" ("Stip.") 1, ECF No. 10, filed Mar. 18, 2022.

[2] FED. R. CIV. P. 41(a)(1)(A)(ii).

[3] Stip. at 2.